IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

|  |  |  |
|---|---|---|
| SYLVIA ANDERSON, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | CIVIL ACTION NO. 1:26-CV-00223-MJT-CLS |
| JAMES D'AUGUSTE, DIANE T. RENWICK, SALLIE MANZANET-DANIELS, SUZANNE J. ADAMS, and HECTOR LASSALE, | § § § § § | |
| *Defendants.* | § § | |

## ORDER OF DISMISSAL

This proceeding was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. On June 25, 2026, Judge Stetson issued a Report and Recommendation advising dismissal of this action under Federal Rule of Civil Procedure 41(b) because Plaintiff, a *pro se* litigant, has failed to prosecute the case by providing an incorrect mailing address to the clerk of court. *See* [Dkt. 5]; E.D. TEX. LOC. R. CV-11(d). Plaintiff did not object. As such, the Court reviews the Report and Recommendation for clear error. It finds none. Thus, the Report and Recommendation [Dkt. 5] is **ADOPTED**. Plaintiff's claims are **HEREBY DISMISSED** without prejudice pursuant to FED. R. CIV. P. 41(b). A final judgment will be entered.

**IT IS SO ORDERED**.

SIGNED this 16th day of July, 2026.

_____
Michael J. Truncale
United States District Judge